

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

KEMOA JONES,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security,

    Defendant.

CIVIL ACTION NO.: 5:20-cv-44

# O R D E R

This matter is before the Court on Defendant's out-of-time Motion for Extension of Time.[1]  Doc. 11.  In his Motion, Defendant requests a 90-day extension of time to file his Answer, which is necessary due to the COVID-19 pandemic and the need to produce the certified transcript in this case.  Id.  Defendant's counsel represents Plaintiff's counsel does not object to this extension.  Id. at 3.  After careful consideration, the Court **GRANTS** Defendant's Motion.  Defendant shall file his Answer **on or before November 10, 2020**.

**SO ORDERED**, this 17th day of August, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant seeks a stay in these proceedings for 90 days.  Doc. 11.  However, the Court declines to stay these proceedings.  Should Defendant require an additional extension of time, the Court directs counsel to move for another extension before November 10, 2020.