# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| KEMOA JONES, | * |
| | * |
| Plaintiff, | *   CIVIL ACTION NO.: 5:20-cv-44 |
| | * |
| v. | * |
| | * |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | * |
| | * |
| Defendant. | * |

### ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 22.  No party filed Objections to the Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **REMANDS** this case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

SO ORDERED, this ___23___ day of ___August___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)