AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KEMOA JONES,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:20-cv-44

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered August 24, 2021, the Magistrate Judge's Report and Recommendation is adopted as the Order of the Court. Therefore, the Court remands this case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: August 24, 2021

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020